IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

IN RE:

MARK E. MCGUIRE
LISA A. MCGUIRE,

      DEBTORS.

Case No.: BK-13-11008-M
Chapter 13

### AMENDED SUPPLEMENT TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY AND BRIEF IN SUPPORT THEREOF

COMES NOW WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2015-13ATT, (hereinafter referred to as Movant) and in support of this Supplement to Motion and Request, would show the Court as follows:

1. Through inadvertence and mistake, a prior copy of the Promissory Note was attached to the original Motion filed on September 4, 2015. The attached copy of the Promissory Note was made before the most current and correct indorsements were affixed to the original.

2. Attached hereto is the most recent and true and correct copy of the original Promissory Note with all proper indorsements.

WHEREFORE, Movant respectfully requests that the Court consider the attached copy of the indorsed Promissory Note to be a true and correct copy of the original Promissory Note as the copy originally attached to the Motion for Relief from Automatic Stay and Abandonment of Property was an older copy of the Note prior to the most current indorsement.

                                WILMINGTON SAVINGS FUND SOCIETY, FSB, DOING BUSINESS AS CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR BCAT 2015-13ATT,

By:       <u>s/ Jim Timberlake</u>
           JIM TIMBERLAKE - #14945
           Baer Timberlake, P.C.
           4200 Perimeter Center, Suite 100
           Oklahoma City, OK 73102
           Telephone: (405) 842-7722
           Fax: (918) 491-5424

**CERTIFICATE OF SERVICE**

      I hereby certify that I mailed a true and correct copy of the above and foregoing Supplement to Motion with postage thereon fully prepaid to all parties claiming an interest in the subject property as listed below, and those parties listed on the attached Creditor's Mailing Matrix, on October 19, 2015.

Mark E. McGuire
Lisa A. McGuire
1407 N. 18th Street
Broken Arrow, OK  74012

      The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

Lonnie D. Eck
P.O. Box 2038
Tulsa, OK  74101

Anna C Hanson, Esq.
4527 E. 91st Street
Tulsa, OK  74137

      By:      s/ Jim Timberlake
              JIM TIMBERLAKE - #14945
              Baer Timberlake, P.C.
              4200 Perimeter Center, Suite 100
              Oklahoma City, OK 73102
              Telephone: (405) 842-7722
              Fax: (918) 491-5424
              Attorney for Movant